UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br>v.<br>BRIAN K. WILLIAMS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cr-00400-AB<br><br>**ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL** |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

This Court has a conflict.

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

June 6, 2025
Date

_____
United States District/Magistrate Judge

**Notice to Counsel from Clerk**

The above-referenced criminal case has been randomly reassigned to Judge  R. Gary Klausner. On all documents subsequently filed in this case, please substitute the initials  RGK  after the case number in place of the initials of the prior judge so that the case number will read  2:25-cr-00400-RGK.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CR-102 (06/23)                    ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL