UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   __2:25−cr−00400−RGK__   Date  __6/16/2025__

Present:   The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter:  __N/A__

| __Joseph Remigio__ | __Marea Woolrich__ | __David Ryan__ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1. Brian K. Williams, Bond | 1. Alan Eisner / Dimitry Gorin, Retained |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the __Information__.

X   Defendant sworn.

X   Defendant enters a new and different plea of GUILTY to __1__.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday, __October 3, 2025 at 01:30 PM__ for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before __9/6/2025__.

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   The Court vacates the __n/a__ trial date as to this defendant.

X   Other: Defendant to remain on bond pending sentencing.

:11
Initials of Deputy Clerk: __jre__

cc: USPO